ACCEPTED
12-14-00325-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
5/8/2015 12:23:51 PM
CATHY LUSK
CLERK

## No. 12-14-00325-CR

| | | |
|---|---|---|
| **TIMOTHY CORTEZ CHOICE** | § | **IN THE COURT OF APPEALS** |
| Appellant | § | |
| | § | |
| **vs.** | § | **12TH JUDICIAL DISTRICT** |
| | § | |
| **THE STATE OF TEXAS,** | § | |
| Appellee | § | **AT TYLER, TEXAS** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
5/8/2015 12:23:51 PM
CATHY S. LUSK
Clerk

### MOTION FOR ACCEPTANCE OF LATE BRIEF

**TO THE HONORABLE COURT:**

Now comes Austin Reeve Jackson, counsel for Appellant in the above entitled and numbered cause, and makes this Motion, and for good cause shows the following:

**I.**

Appellant's brief in this matter was due on 28 April 2015 and is being filed concurrently with this motion. No prior extensions have been requested.

**II.**

While working on this case counsel has also been working on approximately 50 open appellate cases in this and other courts to which he has been appointed by Smith County. This has included investigating motions for new trials (looking for and talking with potential witnesses, jail and office visits with new appellate appointments, trial court appearances for the same), requests for and reviews of reporter's and clerk's records, research, briefing, review of opinions, investigation of potential PDR issues, etc. While not all of these seventy or so cases have required significant attention from counsel during this time, many of them have which ahs resulted form counsel having been able to devote the full attention necessary to this case prior to today's date.

Further, while working on this brief, counsel has also been preparing for and attending plea and trial settings in multiple cases in state and federal courts.

Because of this, counsel was delayed in completing his brief in this matter.

**II.**

No prior extensions have been requested and it is respectfully prayed that, in the interest of justice, the Court accept the brief filed with this motion.

**WHEREFORE, PREMISES CONSIDERED**, undersigned counsel respectfully prays that, in accordance with the applicable law, the Court grant this Motion and accept his brief in this matter.

Respectfully submitted,

/s/Austin Reeve Jackson
Texas Bar No. 24046139
112 East Line, Suite 310
Tyler, TX 75702
Telephone: (903) 595-6070
Facsimile: (866) 387-0152

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing document was served on counsel for the State by facsimile concurrently with its filing.

/s/Austin Reeve Jackson